IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAM RITHY,

        Petitioner,                      No. CIV S-09-3278 GGH P

    vs.

CALIFORNIA TRAFFIC, et al.,

        Respondents.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Petitioner has filed his petition on a habeas corpus form. The only part of the form that is completed is the section requiring petitioner to state his length of sentence. Petitioner has not completed the rest of the form, including the statement of his claims. The court cannot screen this incomplete petition. See Rule 4, Rules Governing Section 2254 Petitions. For that reason, the petition is dismissed with leave to file a properly completed

1

1  habeas corpus petition.

2              In accordance with the above, IT IS HEREBY ORDERED that:

3          1. Petitioner's application to proceed in forma pauperis is granted;

4          2. The petition is dismissed with twenty-eight days to file a properly completed

5  habeas corpus petition;

6          3. The Clerk of the Court is directed to send petitioner the form for a habeas

7  corpus petition pursuant to 28 U.S.C. § 2254.

8  DATED: December 22, 2009

9

10                                  /s/ Gregory G. Hollows
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

11

12

13

14  ri3278.dis

2