IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAM RITHY,

    Petitioner,                          No. CIV S-09-3278 GGH P

    vs.

CALIFORNIA TRAFFIC, et al.,

    Respondents.                    FINDINGS & RECOMMENDATIONS

_____/

        By order filed December 23, 2009, petitioner's application was dismissed and twenty-eight days' leave to file an amended application was granted. The twenty-eight day period has now expired, and petitioner has not filed an amended application or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. See Local Rule 110; Fed. R. Civ. P. 41(b). The Clerk of Court is directed to assign a district judge to this case.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 3, 2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

/rithy3278.fta