IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAM RITHY,

        Petitioner,         No. CIV S-09-3278 GEB GGH P

    vs.

CALIFORNIA TRAFFIC, et al.,

        Respondents.        <u>ORDER</u>

                                /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On March 3, 2010, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty-one days. On March 26, 2010, petitioner's copy of the findings and recommendations was returned undeliverable and marked "refused." A copy was re-served on April 2, 2010. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

ORDERED that:

    1. The findings and recommendations filed March 3, 2010, are adopted in full; and

    2. This action is dismissed.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED:

Dated:  May 27, 2010

                                                 GARLAND E. BURRELL, JR.
                                                 United States District Judge